# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127667
(47)

COLLETTE BIELAT, and EDWARD BIELAT,
      Plaintiffs,

and

CALVIN JENNETTE, and WIESLAWA JENNETT,
      Plaintiffs-Appellees,

v

                                 SC: 127667
                                 COA: 249147
                                 Macomb CC: 1984-000612-AA

SOUTH MACOMB DISPOSAL AUTHORITY,
      Defendant-Appellant,

and

MACOMB TOWNSHIP,
      Defendant.

_____/

     On order of the Court, the motion for reconsideration of this Court's order of October 14, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006                                        

l0221                                                          Clerk